HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ALFONSE WEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-00314 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: June 12, 2014 |
| ALSONSE WEEKS | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney and defendant ALFONSE WEEKS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for May 1, 2014 be continued to June 12, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 12, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 28, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ALFONSE WEEKS

DATED: April 28, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ William Wong*
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 12, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the May 1, 2014 status conference shall be continued until June 12, 2014, at 9:30 a.m.

Dated: April 29, 2014

Troy L. Nunley
United States District Judge