1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814

5 | Attorney for Defendant
ALFONSE WEEKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-00314 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| ALSONSE WEEKS, | ) | DATE:   July 10, 2014 |
|  | ) | TIME:   9:30 a.m. |
| Defendant. | ) | JUDGE:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney and defendant ALFONSE WEEKS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for June 12, 2014 be continued to July 10, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

///

///

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 10, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 10, 2014                                            Respectfully submitted,

                                                                               HEATHER E. WILLIAMS
                                                                               Federal Defender

                                                                               */s/ Benjamin Galloway*
                                                                               BENJAMIN GALLOWAY
                                                                               Assistant Federal Defender
                                                                               Attorney for Defendant
                                                                               ALFONSE WEEKS

DATED: June 10, 2014                                            BENJAMIN B. WAGNER
                                                                               United States Attorney

                                                                               */s/ William Wong*
                                                                               WILLIAM WONG
                                                                               Assistant U.S. Attorney
                                                                               Attorney for Plaintiff

### O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including July 10, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the June 12, 2014 status conference shall be continued until July 10, 2014, at 9:30 a.m.

Dated: June 12, 2014

_____
Troy L. Nunley
United States District Judge