| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | ALFONSE WEEKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-00314 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND POSSIBLE CHANGE OF PLEA |
| v. | |
| ALSONSE WEEKS | DATE: September 18, 2014 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney and defendant ALFONSE WEEKS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for September 4, 2014 be continued to September 18, 2014 at 9:30 a.m., and for status conference and possible change of plea.

The parties have engaged in extensive plea negotiations and continue to work toward resolution. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to allow the parties time to complete negotiations and finalize a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 18, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 2, 2014                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Benjamin Galloway*
                                             BENJAMIN GALLOWAY
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             ALFONSE WEEKS

DATED: September 2, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ William Wong*
                                             WILLIAM WONG
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 18, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 4, 2014 status conference shall be continued until September 18, 2014, at 9:30 a.m., and for possible change of plea.

Dated: September 3, 2014

_____
Troy L. Nunley
United States District Judge

-2-