| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | ALFONSE WEEKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-00314 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALFONSE WEEKS | DATE: December 4, 2014 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney and defendant ALFONSE WEEKS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for November 6, 2014 be continued to December 4, 2014 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and discuss a proposed disposition.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: November 4, 2014						Respectfully submitted,

								HEATHER E. WILLIAMS
								Federal Defender

								*/s/ Benjamin Galloway*
								BENJAMIN GALLOWAY
								Assistant Federal Defender
								Attorney for Defendant
								ALFONSE WEEKS

DATED: November 4, 2014						BENJAMIN B. WAGNER
								United States Attorney

								*/s/ William Wong*
								WILLIAM WONG
								Assistant U.S. Attorney
								Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the November 6, 2014 status conference shall be continued until December 4, 2014, at 9:30 a.m.

Dated:  November 4, 2014

_____
Troy L. Nunley
United States District Judge